# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander Herrera Acosta, | No. CV-26-01379-PHX-AMM (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| United States Department of Homeland Security, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention as a violation of his due process rights. (Doc. 1.) This action was thereafter transferred to the District of Arizona. (Doc. 12.) The Court directed Respondents to show cause why the Petitioner should not be granted. (Doc. 13.) Respondents stated that they "do not oppose Petitioner's release from custody at this time." (Doc. 14.) The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to his due process claim.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED** as to Petitioner's due process claim. (Doc. 1.) The remainder of the Petition is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** that Respondents must provide a notice of compliance within two (2) business days of Petitioner's release.

///

**IT IS FINALLY ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 3rd day of April, 2026.

Honorable Angela M. Martinez
United States District Judge